

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0245-09 & PD-0246-09

### SAFETY NATIONAL CASUALTY CORPORATION (AGENT MICHAEL W. COX), Appellant

### v.

### THE STATE OF TEXAS

### ON APPELLANT'S PETITIONS FOR DISCRETIONARY REVIEW FROM THE FIRST COURT OF APPEALS HARRIS COUNTY

**KELLER, P.J., filed a concurring opinion in which JOHNSON, J., joined.**

In addition to the considerations cited by the Court, I would add one based upon the language and structure of the statutes that existed in 1879.

Article 893 was contained in a title of the Code of Criminal Procedure named "Appeal and Writ of Error."[1] As the Court explains, article 893 provided that appeals in bond forfeiture proceedings – rather than being regulated by the provisions governing criminal cases – were to be regulated by the same rules that govern "other civil actions" where "an appeal is taken or a writ of

---

[1] *See* TEX. CODE CRIM. PROC., Title X (1879).

error is sued out."[2]  The provisions that governed appeals and writs of error in civil cases were found in a chapter of the Revised Civil Statutes that was also entitled "Appeal and Writ of Error."[3]  Article 893's reference to the "same rules that govern the other civil actions where an appeal is taken or a writ of error is sued out" was clearly a reference to this Chapter.  And it is from Chapter 19 that the current Rules of Appellate Procedure are derived.[4]  Chapter 19 did not promulgate any filing fees,[5] and neither do the current Rules of Appellate Procedure.[6]

I join the Court's opinion.

Filed: March 3, 2010
Publish

---

[2]  *Id.*, art. 893.

[3]  *See* TEX. REV. CIV. STAT., Title XXIX, Chapter 19 (1879); *id.*, arts. 1380-1419.

[4]  *Compare id.* and TEX. R. APP. P., *passim*.

[5]  *See* TEX. REV. CIV. STAT., arts. 1380-1419.

[6]  *See* TEX. R. APP. P., *passim*.